# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Michael Roberson Jr
Austin Dunlop
Greg Macon

Plaintiff

vs.

Gerald Bustos
Ron Erickson
Chuck Hauser
Jeff Styler
unknown
Christopher Young

Defendant(s)

Case No. 18-CV-4145
*(The case number will be assigned by the clerk)*

FILED
JUL 27 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☒ Unknown _____

### I. FEDERAL JURISDICTION

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Exibit 1

A. Plaintiff

Michael Roberson JR
111951
1317 3rd Ave Rock Island IL, 61201
*Michael D. Roberson Jr.*

B. Plaintiff

Austin Dunlap
170174
1317 3rd Ave Rock Island IL, 61201

C. Plaintiff

Grieg Macon
1905376
1317 3rd Ave Rock Island IL 61201

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _See exhibit #1_

Prison Identification Number: _____

Current address: _____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Gerald Bustos_

Current Job Title: _Sheriff of Jail_

Current Work Address _1317 3rd Ave Rock Island IL, 61201_

Defendant #2:

Full Name: _Ron Erickson_

Current Job Title: _Captain of Jail_

Current Work Address _1317 3rd Ave Rock Island IL 61201_

Defendant #3:

Full Name: _Chuck Hauser_

Current Job Title: _Matinence at Rico Jail_

2

Defendant # 6

Christopher Young
Lutenant at Jail
1317 3rd Ave Rock Island IC 61201

Current Work Address 1317 3rd Ave Rock Island, IL, 61201

Defendant #4:

Full Name: Jeffery Stulir

Current Job Title: inmate services officer

Current Work Address 1317 3rd Ave Rock Island IL, 61201

Defendant #5:

Full Name: unknown

Current Job Title: Maintenance

Current Work Address 1317 3rd Ave Rock Island, IL, 61201

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☒     No ☐

If yes, please describe    see exibit #2

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒     No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Exibit #3

A. Plaintiff

Michael Roberson JR

Plaintiff has Brought 2 lawsuits into Federal Court as follows

1) Cool Aid with Cancer ingredients
   Case # 4:18-cv-04117
   Still Pending

2) clogged ventalation - Black mold
   Case # 4:18-cv-04120
   Still Pending / Dismissed.

+Michael D. Roberson Jr

1. Name of Case, Court and Docket Number  see exhibit #3

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Rock Island County Jail Dayroom 4 C

Exhibit # 3

B. Plaintiff

Austin Dunlap 170124

Plaintiff has Brought 7 lawsuits into federal court as follows

1) 3 claims failure To Protect
   Case # 4:17-cv-04306
   Still Pending

2) Defamation of character claim
   Case # 4:18-cv-04113
   Still Pending

3) Dental claim    Case # 4:18-cv-04116
   Still Pending

4) Cool Aid with cancer ingredient
   Case # 4:18-cv-04117  Still Pending

5) Clogged ventalation - Black mold
   Case # 4:18-cv-04118
   Still Pending

Exibit 5

C- Plaintiff

Giriey Macon

Plaintiff has Brought 2 Lawsuits into federal court as follows

1) Cool Aid with Cancer ingredient
    case # 4:18-cv-04117
    Still pending

2) Clogged ventalation - Black mold
    case # 4:18-cv-04119
    Still pending

Date(s) of the occurrence  6-14-18 & 6-22-18

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On this day i Michael Roberson wrote a complaint to the maintenance on 6-22-18 Do To The fact The ventalation system is clogged, packed up, There is a mildo smell coming from vents And you can see Black mold growing Around ventalation Todays date is 7-23-18 Nothing has been Done A grievence was also wrote on 6-14-18 Do To The same facts A response was made on 6-21-18 To The grievence And An inmate appeal was wrote The same day 6-21-18 And i have not gotten a response Do To These facts my 8TH Amendment Constitutional Rights have been violated "Cruel And unusual punishment" Gerald Bustos is The Sheriff of This Jail An is responsible for his staff witch makes him reliable in This situation Ron Erickson is The captain And is Also reliable for his staff

5

Lt. Christopher Young read the grievance and did not act on have the situation properly taken care of. Chuck Hauser is the maintenance guy for the jail has read the request and has deliberately ignored such request by not doing anything about the complaint.

Jeffery Siklir is the inmate services officer an is also reliable in this situation. They have been made aware of such complaint and did nothing to ensure something was done. Us inmates as listed would like to make this a class action claim. Do to the clogged, backed up ventilation, the mildo smell, and Black mold growing and nothing is being done. This is a serious health violation An constitutes And 8th Amendment violation, cruel and unusual punishment. The 8th Amendment also bars exposer, with deliberate indifference, to conditions that pose an unreasonable risk of damage to the plaintiffs health or future health.

Michael Roberson JR ID#111951
1317 3rd Ave Rock Island, IL, 61201

also see exibits "A" 6 And "B"

us inmates would like to be compensated in the sum of 2 million Dollars we as inmates Arther request something be Done with the ventalation An the mold situation And for proper cleaning supplies to be Distributed among inmates During cleaning Time An ask that we as humans stop being ignored.

JURY DEMAND     Yes [X]     No [ ]

Signed this __25__ day of __July__, 20__18__.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Michael Roberson SR | Inmate Identification Number: 111951 |
|---|---|
| Address: 1317 3rd Ave, Rock Island, IL 61201 | Telephone Number: |

8